Carlos Antonio GUTIERREZ,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 10–73260.

United States Court of Appeals, Ninth Circuit.

Feb. 14, 2013.

Robert G. Berke, Esquire, Los Angeles, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Daniel Shieh, Esquire, U.S. Department of Justice, Washington, DC, for Respondent.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

## ORDER

On October 31, 2011, the Board of Immigration Appeals reopened and remanded the proceedings in this case to the immigration judge. Consequently, there is no final order of removal currently in effect and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002) (order).

PETITION FOR REVIEW DIS-MISSED.